128 F.3d 1305
 Stanley I. JACOBSON; Daniel P. Welsh; Robert E. Mcmillin;
Ernest O. Blandin; Richard E. Hook, Plaintiffs-Appellants,
v.
HUGHES AIRCRAFT COMPANY; Hughes Non-Bargaining Retirement
Plan, Defendants-Appellees.
 No. 93-55392.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 23, 1997.
As Amended Jan. 23, 1998.
 
 1
 ORDER AMENDING OPINION AND DENYING PETITION FOR REHEARING
 
 
 2
 The majority opinion, filed January 23, 1997 [105 F.3d 1288], is amended as follows:
 
 
 3
 At Slip Opinion page 888 in footnote 3 [105 F.3d at 1295], in the third paragraph, the deletion should be only of the sentence "The question of when a termination occurs is a mixed question of law and fact." The citation should be corrected as follows: "See 26 C.F.R. § 1.401...."
 
 
 4
 At Slip Opinion page 900 [105 F.3d at 1300], delete the first full paragraph starting with "In determining whether ... " and ending with " ... to ERISA context)."
 
 
 5
 With the above amendment, a majority of the panel has voted to deny the petition for rehearing and to reject the suggestion for rehearing en banc.
 
 
 6
 The full court has been advised of the suggestion for rehearing en banc and no judge of the court has requested a vote on it. Fed. R.App. 35(b).
 
 
 7
 The petition for rehearing is denied and the suggestion for rhearing en banc is rejected.